No. 89–1149.   GROGAN ET AL. *v.* GARNER.   C. A. 8th Cir. [Certiorari granted, 495 U. S. 918.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1298.   INGERSOLL-RAND CO. *v.* McCLENDON.   Sup. Ct. Tex.   [Certiorari granted, 494 U. S. 1078.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1436.   UNITED STATES *v.* R. ENTERPRISES, INC., ET AL.   C. A. 4th Cir.   [Certiorari granted, 496 U. S. 924.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.   Motion of respondents for divided argument denied.

No. 89–1448.   VIRGINIA BANKSHARES, INC., ET AL. *v.* SANDBERG ET AL.   C. A. 4th Cir.   [Certiorari granted, 495 U. S. 903.]   Motions of American Corporate Counsel Association et al. and American Bankers Association et al. for leave to file briefs as *amici curiae* granted.   Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1646.   UNITED STATES ET AL. *v.* SMITH ET AL.   C. A. 9th Cir.   [Certiorari granted, 496 U. S. 924.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 89–5120.   PERRY *v.* LOUISIANA.   19th Jud. Dist. Ct., Crim. Section V, Parish of East Baton Rouge, La.   [Certiorari granted, 494 U. S. 1015.]   Motion of Coalition for the Fundamental Rights and Equality of Ex-Patients for leave to file a brief as *amicus curiae* granted.

No. 89–6332.   MINNICK *v.* MISSISSIPPI.   Sup. Ct. Miss.   [Certiorari granted, 495 U. S. 903.]   Motion of Mississippi State Bar for leave to file a brief as *amicus curiae* granted.